THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:   415/674-8600
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorney For Plaintiff, CRAIG YATES,
an individual

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>         Plaintiff,<br>v.<br><br>J&E RESTAURANT; WOO JING HING; and LING KUEN,<br><br>         Defendants. | **CASE NO. CV-11-0146-JCS**<br><br>**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiff CRAIG YATES, by and through his counsel, requests this court to issue a dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. Plaintiff requests that the Court retain jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements). The defendants,, WOO JING HING, LING KUEN, LING KUEN WOO, LAI WAH TSANG, SIU YEE TSANG, J&E RESTAURANT are in pro per and other than for the settlement agreement do not communicate nor respond to letters sent to them by this counsel.

1  Therefore, requested by plaintiff that be dismissed with prejudice pursuant to Federal
2  Rules of Civil Procedure 41(a)(2).

4  Dated: March 31, 2014                THOMAS E. FRANKOVICH
5                                       *A PROFESSIONAL LAW CORPORATION*

                                        By: /s/ [signature]

9                                       Thomas E. Frankovich
10                                      Attorney for Plaintiff CRAIG YATES

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __03/31__, 2014

Honorable Joseph C. Spero
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON   CASE NO. CV-11-0146-JCS   -2-